UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MORGAN STANLEY DW INC. f/k/a**
**DEAN WITTER REYNOLDS, INC., a**
**Delaware corporation,**

    **Plaintiff,**

v.                                                    Case No.  8:05-cv-1029-T-30TBM

**GREGORY FIEGER,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties Joint Motion to Discharge Bond from Court Registry and Stipulation for Entry of Order of Dismissal (Dkt. # 17).  The Court, having considered the motion and being otherwise fully advised, finds that it should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The parties Joint Motion to Discharge Bond from Court Registry and Stipulation for Entry of Order of Dismissal (Dkt. # 17) is GRANTED.

2. This action is dismissed with prejudice.

3. The Clerk is directed to discharge the bond in the amount of $10,000.00 (Dkt. # 10) posted by Plaintiff pursuant to this Court's Order Granting Plaintiff's Emergency Motion for a Temporary Restraining Order (Dkt. # 7).

4.  The Clerk is directed to close this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1029.dismiss and discharge bond.wpd